UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRAIG PURCARO,<br><br>Petitioner,<br><br>v.<br><br>C.H.C.F. WARDEN,<br><br>Respondent. | No. 2:21-cv-01230-TLN-EFBP<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1. The findings and recommendations filed September 24, 2021, (ECF No. 9), are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied without prejudice to filing his claims in a new action under 42 U.S.C. § 1983;

3. The Clerk is directed to close the case; and

4. The Court declines to issue a certificate of appealability.

**DATE: November 29, 2021**

Troy L. Nunley
United States District Judge